### BULKLEY v. TREADWAY.

A plaintiff may withdraw his action any time before verdict is delivered to the clerk.

ACTION of ejectment. Plea — No wrong, etc. The jury returned into court with a verdict, and as the constable was handing the verdict from the foreman to the clerk, the plaintiff declared that he withdrew the action.

A question was made — Whether the plaintiff might withdraw his action, after the jury had delivered their verdict in court, to the constable.

By the COURT. The plaintiff may withdraw his action any time, before the verdict is in the actual possession of the court, by being delivered into the hands of the clerk.